*Benjamin W. Rogers v. Thomas Vermilyea et al.* G. M. SPEIR, for complainant; W. C. NOYES, for defendant.

Injunction dissolved, and defendants costs, and his claim for damages, to abide further order of the court.

*Hannibal Greene et al. v. Russell C. Wheeler et al.* J. RHOADES, for complainants; O. L. BARBOUR, for defendants.

Examining witnesses after expiration of time to take testimony.

Decided in this case that where an examination of witnesses is commenced before the time for taking testimony expires, it may be continued by the examiners, if necessary, after the expiration of such time; until an order to close the proofs is actually entered.

Time to examine witnesses extended thirty days, on payment of $8 costs of opposing this motion, by complainants; with liberty to both parties to examine new witnesses.

*Albert A. Martin v. Job L. Black.* W. C. NOYES, for appellant; J. HOLMES, for respondents.

Landlord and tenant-Receivers.

The chancellor decided in this case, that where goods belonging to a tenant are remaining on the demised premises at the time the landlord attempts to distrain, and the only impediment in his way is the fact that the goods are in the possession of the court, by its receiver, the court will order the receiver to pay the arrears of rents out of the proceeds of the property, or will permit the landlord to proceed with his distress, notwithstanding the recievership.

But that after the property of the tenant is taken possession of and actually removed from the premises by the receiver, the landlord's right to distrain is at an end.

That if demised premises are themselves assigned to a receiver at the time of the assignment to him of the furniture of the tenant, and the receiver has taken possession of the premises, or otherwise elected to take the term under the assignment, he will take it *cum onere*; and, for the time being, will be tenant of the premises; and a removal of the furniture will be a removal of the goods of the tenant, within the meaning of the statute.

Decision of the vice chancellor affirmed with costs.